# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KAY MENDOZA, an individual; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 2:19-cv-07591-SK<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Kay Mendoza ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: December 13, 2019

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE